IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

FILED
DEC 14 2011
CLERK, US DISTRICT COURT
NORFOLK, VA

| | | |
|---|---|---|
| Kimberly Morgan Henretty | ) | |
| Defendant/Petitioner | ) | |
| | ) | |
| vs | ) | Criminal Number: 4:10cr43 |
| United States of America | ) | MOTION TO AMEND |
| Respondent | ) | |

COMES NOW, the Defendant, Kimberly Morgan Henretty, Pro Se and requests upon this Honorable Court to amend the Defendant's Judgement and Commitment Order to indicate her participation in the Inmate Financial Responsibility Program is waived. Ms. Henretty has participated with payments in excess of $150 per month since April, 2011. She has paid a total of $1751.00. These payments have been made by her husband because IFRP "refusal" at Alderson would cause Ms. Henretty to lose her living quarters. The defendant's husband has recently been laid off of his job and is currently on unemployment. The Inmate Financial Responsibility Program is not required while incarcerated. Participation is voluntary as clarified in the case of U.S. vs Munoz___F.3d___ (7th Circuit, July 9, 2010) 2010 No. 09-1118, June 11, 2010 and U.S. vs Boyd 609F.3d331 (7th Circuit 2010 U.S. Court of Appeals).

If the court still requires participation, the defendant requests a fixed amount be ordered for no more than $25.00 per month with the remainder of the restitution to be paid 60 days after defendant's release from Bureau of Prisons at $250.00 per month as originally stated in her Judgement and Commitment Order. The defendant earns $17 per month with no opportunity for increase and prays the burden of her restitution not be placed upon her husband during her incarceration.

The defendant humbly prays for any and all relief possible.
Respectfully Submitted this ___8th___ Day of _December_, 2011

_Kimberly Morgan Henretty_
Kimberly Morgan Henretty
Federal Prison Camp, P.O. Box A, Alderson, WV 24910

CERTIFICATE OF SERVICE

This is to certify that I have served a true and correct copy of the foregoing:

    MOTION TO AMEND JUDGEMENT AND COMMITMENT ORDER
    United States District Court, Clerk
    Eastern District, 600 Granby Street, Norfolk, VA 23510

which was hand delivered to prison authorities at mail room provided for inmates on teh grounds of the Federal Prison Camp, Alderson, Wv

_____8th_____ Day of ___December___, 2011

                          Kimberly Morgan Henretty

                          *Kimberly Morgan Henretty*
                          Federal Prison Camp
                          P.O. Box A, Alderson, WV 24910
                          Inmate: 75594-083 Unit: B-4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

FILED
IN OPEN COURT
AUG 4 2010
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.                                              No. 4:10cr00043-002

KIMBERLY MORGAN HENRETTY.

## RESTITUTION JUDGMENT

1. The defendant is sentenced to pay restitution in the amount of $265,507.00, jointly and severally with any co-defendants who are ordered to pay restitution for the same loss.[1]

2. The amount of restitution paid to a victim, collectively, shall not exceed the victim's total loss from the offense of conviction.

3. The victim's name, address, and the victim's total loss, is listed in Attachment A to this Restitution Judgment.

4. Interest:

    ✓ is waived.

    ___ accrues as provided in 18 U.S.C. § 3612(f).

5. Restitution is due immediately, and notwithstanding any other provision of this Restitution Judgment, the Government may enforce restitution at any time. The defendant shall make a bona fide effort to pay restitution in full as soon as practical.

6. If incarcerated, the defendant shall participate in the Bureau of Prisons' Inmate Financial Responsibility Program at a rate of at least $25 per quarter, or if assigned as a UNICOR grade 1 through 4 employee, at least 50% of the prisoner's monthly pay.

7. The defendant shall pay to the Clerk at least $250 per month beginning _60 days after release from incarceration if not sooner paid in full or partially_,

8. All payments shall be made to the Clerk of Court, United States District Court, 600 Granby Street, Norfolk, VA 23510-1811. _or to the Bureau of Prisons while incarcerated_.

---

[1] The presently known co-defendant is **James Clayton Morgan**, Docket No. 4:10cr00043-001, who is scheduled to be sentenced on August 4, 2010.

Kimberly Hensley
75594 083 04
Federal Prison Camp
P.O. Box A
Alderson, WV 24910

United States District Court
Eastern Division
600 Granby St
Norfolk, VA 23510

Legal Mail

U.S. MARSHALS INSPECTED

ALDERSON WV 24910 DEC 12 2011

